IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
_____ DIVISION

FILED
2012 JUN 26 PM 4:28
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Stanley Harris
_____ )
_____ )
_____ )
**Name of Plaintiff**

v.

Clark Construction Group
_____ )
_____ )
**Name of Defendant(s)**

Case No. _____
(To be assigned by Clerk)
Jury Demand ☐ Yes ☐ No

**COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964**

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964, and the Civil Rights Act of 1991, for employment discrimination. Jurisdiction is specifically conferred upon the Court by 42 U.S.C. § 2000e-5, or, if the Plaintiff is a federal employee, by 42 U.S.C. § 2000e-16. Relief is sought under 42 U.S.C. § 2000e-5(g) and/or 42 U.S.C. § 1981a(b).

2. Plaintiff, Stanley Harris, is a citizen of the United States and resides at
   1009 Eddystone Ct., Nashville,
   Street address / City
   Davidson, TN, 37207, 615 474 7670.
   County / State / Zip Code / Telephone Number

3. Defendant, Clark Construction Group resides at, or its business is located at
   7500 Old Georgetown Rd, Bethesda,
   Street address / City
   _____, MD, 20814.
   County / State / Zip Code

(If more than one Defendant, list the name and address of each additional Defendant)

_____

_____

_____

_____

_____.

4. Plaintiff sought employment from the Defendant or was employed by the Defendant at
   __Nashville Convention Center__ , __Nashville__ ,
   Street address                                City

   _____ , __TN__ , _____ .
   County         State         Zip Code

5. Defendant discriminated against Plaintiff in the manner indicated in paragraphs 8 and 9 of this Complaint on or about __Filled__ __Aug__ __15__ __2011__ .
   Month           Day         Year

6. Plaintiff filed charges against the Defendant with the Tennessee Human Rights Commission or the Equal Employment Opportunity Commission charging the Defendant with the acts of discrimination indicated in paragraphs 8 and 9 of this Complaint on or about
   __August__ __15__ __2011__ .
   Month       Day       Year

7. The Equal Employment Opportunity Commission or the United States Department of Justice issued a Notice of Right to Sue which was received by Plaintiff on _____
   Month
   _____ _____ , a copy of which Notice is attached.
   Day        Year

8. Because of Plaintiff's (1) _____ race, (2) _____ color, (3) _____ sex,

   (4) _____ religion, (5) _____ national origin, the Defendant:

a. _____ failed to employ Plaintiff.

b. ___✓___ terminated Plaintiff's employment.

c. _____ failed to promote Plaintiff.

d. _____ retaliated against Plaintiff for having filed a charge of discrimination.

e. _____ other. Explain: Retaliation

_____

_____

_____

_____

9. The circumstances under which Defendant discriminated against Plaintiff were as follows:

I was harrased and lied on in and effort to make me give a negative reaction after I continued to do my job what was asked of me I was dismissed for no reason Documents Attached

(You may use additional paper, if necessary.)

10. The acts set forth in paragraph 8 of this Complaint:

a. _____ are still being committed by Defendant.

b. _____ are no longer being committed by Defendant.

c. ___✓___ may still be being committed by Defendant.

11. Plaintiff attaches to this Complaint a copy of the charges filed with the Tennessee Human Rights Commission or the Equal Employment Opportunity Commission, which charges are submitted as a brief statement of the facts supporting this Complaint.

**WHEREFORE**, Plaintiff prays that the Court grant the following relief:

a. _____ direct that Defendant employ Plaintiff, or

b. _____ direct that Defendant re-employ Plaintiff, or

c. _____ direct that Defendant promote Plaintiff, or

d. _____ order other equitable or injunctive relief: _Address the problems And componsate_.

e. ✓ direct that Defendant pay Plaintiff back pay in the amount of _____ and interest on back pay;

f. ✓ direct that Defendant pay Plaintiff compensatory damages: Specify the amount and basis for compensatory damages: _____

g. ✓ direct that Defendant pay Plaintiff punitive damages in the amount of _____ because Defendant engaged in a discriminatory practice or practices with malice or with reckless indifference to Plaintiff's federally protected rights, as described in paragraphs 8 and 9 above; and that the Court grant such other relief as may be appropriate, including costs and attorney's fees.

_Stanley Harris_
(Signature of Plaintiff)

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 494-2011-01993 |

and EEOC

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Stanley Harris | (615) 474-7670 | 04-15-1963 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1009 Eddystone Court | Nashville, TN 37207 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| CLARK CONSTRUCTION GROUP, LLC MID A | Unknown | |

| Street Address | City, State and ZIP Code |
|---|---|
| 7500 Old Georgetown Rd | Bethesda, MD 20814 |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 08-05-2011    Latest: 08-05-2011
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by Harmony Construction Group as a Laborer on June 2, 2010. Harmony Construction Group is working on a project for Clark Construction Group. On April 28, 2011, I filed EEOC charge#: 494-2011-01331 against Clark Construction Group for discriminating against me due to my race. On May 31, 2011, I filed EEOC charge#: 494-2011-01537 against Clark Construction Group for discriminating against me in retaliation for opposing unlawful employment practices. On August 5, 2010, I was discharged.

I was told that I am no longer allowed on the job site in accordance with a directive from Peggy Harris, HR Director of both Bell and Associates and Clark Construction Group.

I believe that I was discriminated against in retaliation for opposing unlawful employment practices, in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Aug 15, 2011
Date
/s/ Stanley Harris
Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

[Stamp: RECEIVED AUG 15 2011 EQUAL EMPLOYMENT OPPORTUNITY COMM. NASHVILLE, TENN.]

Case 3:12-cv-00649   Document 1   Filed 06/26/12   Page 5 of 5 PageID #: 5