UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

STANLEY HARRIS                    )
                                  )
v.                                )    Civil Action No. 3:12-0649
                                  )    Judge Campbell/Knowles
CLARK CONSTRUCTION GROUP          )


O R D E R

Pending before the Court is a Joint Motion to Modify Scheduling Order.  Docket Entry No. 30.  This Motion is granted, and the following deadlines are extended as follows:

1.  The Discovery deadline is July 17, 2013.

2.  The deadline for filing discovery-related motions is August 1, 2013.

3.  All dispositive motions shall be filed on or before August 30, 2013.

4.  Any other motions (other than in limine or related to trial matters) shall be filed on or before August 30, 2013.

5.  The target trial date is March 4, 2014.

IT IS SO ORDERED.


_____
John S. Bryant for E. Clifton Knowles
United States Magistrate Judge