> **ORDER:**
> Motion denied as moot.
>
> *E. Clifton Knowles*
> U.S. Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| **STANLEY HARRIS** ) | |
| ) | |
| Plaintiff, ) | **Case No. 3:12-cv-0649** |
| ) | |
| vs. ) | |
| ) | **Judge Campbell/Knowles** |
| **CLARK CONSTRUCTION GROUP,** ) | |
| ) | |
| Defendant. ) | |

### PLAINTIFF'S MOTION FOR LEAVE TO SERVE INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS ON DEFENDANT

Comes Plaintiff and respectfully moves the court for an order allowing him leave to serve interrogatories and request for production of documents on Defendant.

Plaintiff, acting pro se, filed six cases alleging discrimination and retaliation during his employment with Defendants. Cases 3:12-cv-0647, 3:12-cv-0650, and 3:12-cv-0651 were filed against Bell Associates, and 3:12-cv-0648, 3:12-cv-0649, and 3:12-cv-0652 were filed against Clark Construction Group. A Scheduling Order was entered on September 4, 2012, setting the deadline for written discovery on March 5, 2013. Plaintiff retained counsel on January 31, 2013, and a Limited Notice of Appearance was filed the same day.

In support of his motion, Plaintiff would show that the scheduling order required the parties to serve discovery requests in sufficient time for the responding party to have time to serve responses by the end of discovery on March 1, 2013. Counsel for Plaintiff was retained and entered her notice of limited appearance on January 31, 2013. Upon entering her appearance, counsel for Plaintiff prepared and filed Plaintiff's motion to file a late response to