ORDER:
motion granted.
John Bryant,
USMJ

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| STANLEY HARRIS,<br>Plaintiff, | Case No. 3:12-cv-00649 |
| v. | Judge Campbell |
| CLARK CONSTRUCTION GROUP,<br>Defendant. | |

### DEFENDANT'S MOTION FOR LEAVE TO FILE A SHORT REPLY BRIEF IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule 7.01(b), Defendant respectfully moves for leave to file a short reply brief in support of its pending motion for summary judgment. The proposed reply brief is attached hereto as **Exhibit A**. A short supporting memorandum is also filed contemporaneously with this motion. Defendant's proposed reply brief: (1) seeks to address new legal claims asserted for the first time in this litigation by Plaintiff in his Response in Opposition to Summary Judgment is; (2) seeks to address Plaintiff's misstatements of the law; (3) and sets forth why Plaintiff's new found claims, like his initial claims, are wholly lacking in merit.