UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| STANLEY HARRIS | ) | |
| | ) | |
| v. | ) | NO. 3:12-0649 |
| | ) | JUDGE CAMPBELL |
| CLARK CONST. GROUP | ) | |

## ORDER

The Court is in receipt of a Joint Stipulation of Dismissal (Docket No. 56). Accordingly, the Clerk is directed to close the file.

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE