UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE


STANLEY HARRIS            )

v.                        )      No. 3:12-cv-0649

 CLARK CONST. GROUP      )      JUDGE CAMPBELL

| | | |
|---|---|---|
| STANLEY HARRIS | ) | |
| v. | ) | No. 3:12-cv-0649 |
| | ) | JUDGE CAMPBELL |
| CLARK CONST. GROUP | ) | |
| | ) | |


ENTRY OF JUDGMENT


       Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 12/12/2013.



                              KEITH THROCKMORTON, CLERK
                              s/Dalaina Thompson, Deputy Clerk